**No. 10-7739. Jeremiah Mungo and La-mont A. Peete, Petitioners v. United States.**

562 U.S. 1281, 131 S. Ct. 1629, 179 L. Ed. 2d 521, 2011 U.S. LEXIS 2021.

March 7, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1160, 131 S. Ct. 964, 178 L. Ed. 2d 793, 2011 U.S. LEXIS 20.

**No. 10-6618. John-Pierre Baney, Petitioner v. Merit Systems Protection Board.**

562 U.S. 1281, 131 S. Ct. 1629, 179 L. Ed. 2d 521, 2011 U.S. LEXIS 2089.

March 7, 2011. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 562 U.S. 1194, 131 S. Ct. 999, 178 L. Ed. 2d 855, 2011 U.S. LEXIS 704.

**No. 10-7231. Frederick Bradley Now-ell, Sr., Petitioner v. United States.**

562 U.S. 1281, 131 S. Ct. 1629, 179 L. Ed. 2d 521, 2011 U.S. LEXIS 1961.

March 7, 2011. Motion for leave to file a petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this motion.

Former decision, 562 U.S. 1086, 131 S. Ct. 679, 178 L. Ed. 2d 516, 2010 U.S. LEXIS 9347.

**No. 10-7315. Austin Cooper, Petitioner v. Ray Hobbs, Director, Arkansas Department of Correction.**

562 U.S. 1281, 131 S. Ct. 1630, 179 L. Ed. 2d 521, 2011 U.S. LEXIS 1941.

March 7, 2011. Motion for leave to file a petition for rehearing denied.

Former decision, 562 U.S. 1115, 131 S. Ct. 836, 178 L. Ed. 2d 568, 2010 U.S. LEXIS 9667.

**No. 10-8752 (R46-012). Clay Randolph Shadley, Petitioner v. Earl Grimes, et al.**

562 U.S. 1281, 131 S. Ct. 1630, 179 L. Ed. 2d 521, 2011 U.S. LEXIS 2102.

March 10, 2011. The petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit in the above-titled case was dismissed today pursuant to Rule 46.1 of the Rules of this Court.

Same case below, 405 Fed. Appx. 813.

**No. 10-8137 (R46-013). Asuncion Avila-Villa, Petitioner v. Ohio.**

562 U.S. 1281, 131 S. Ct. 1630, 179 L. Ed. 2d 521, 2011 U.S. LEXIS 2103.

March 17, 2011. The petition for writ of certiorari to the Court of Appeals of Ohio, Butler County, in the above-entitled case was dismissed today pursuant to Rule 46.1 of the Rules of this Court.